

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 31, 2025

**BY CM/ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States* **v.** *Daniel Chieh*, S4 23 Cr. 572 (CM)

Dear Judge McMahon:

    Defendant Daniel Chieh was arrested on March 31, 2025 and is scheduled to be presented later today in Magistrate Court. The Government respectfully requests that Indictment S4 23 Cr. 572 ( ) be unsealed. An order to that effect is attached. The Government also respectfully requests that the Court schedule an initial pretrial conference during the Week of April 14th.

                  Respectfully submitted,

                  MATTHEW PODOLSKY
                  Acting United States Attorney for the
                  Southern District of New York

          By:    /s/ Andrew K. Chan
                  Andrew K. Chan / James Ligtenberg
                  Ni Qian
                  Assistant United States Attorneys
                  (212) 637-1072 / 2665 / 2364

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

  -v-

DANIEL CHIEH,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

S4 23 Cr. 572 (CM)

      Upon the application of the United States, by the Acting United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Andrew K. Chan, James Ligtenberg, and Ni Qian;

      It is found that the Indictment in the above-captioned action, S4 23 Cr. 572, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore

      ORDERED that the Indictment, S4 23 Cr. 572, in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:     New York, New York
              March 31, 2025

                                                _____
                                                THE HONORABLE COLLEEN MCMAHON
                                                UNITED STATES DISTRICT JUDGE