Joel S. Cohen, PC
80 Maiden Lane, Suite 1205
New York, NY 10038
TEL: 212-571-8899
FAX: 2646-619-8388
MOBILE: 914-500-7398
EMAIL: jcesq99@gmail.com

General Counsel
Shomrim Society of the
New York City Police Department

May 4, 2026

*MEMO ENDORSED*

5/5/26

Granted

By ECF
Honorable Colleen McMahon
Senior United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Fei Jiang
    S-10- 23 CR 572 (CM)

Dear Judge McMahon:

Please accept this letter motion to seal my sentencing submission and each of the Exhibits accompanying that document. I believe that the submission should be filed Under Seal is that it, and the Exhibits, contain medical and psychological information that it subject to the privacy requirements of HIPPA. A redacted copy of the submission accompanies this letter. Thank you for considering this request.

Very truly yours,

/S

Joel S. Cohen (JC6998)

cc: AUSA Andrew Chan
    AUSA James Ligtenberg
    AUSA Ni Quan

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-5-26