UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

       - v. -

FEI JIANG,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:
:
:    CONSENT PRELIMINARY ORDER
:    OF FORFEITURE/
:    MONEY JUDGMENT
:
:    S10 23 Cr. 572 (CM)
:
:

WHEREAS, on or about January 14, 2026, FEI JIANG (the "Defendant") was charged in a two-count Superseding Information, S10 23 Cr. 572 (CM) (the "Information"), with conspiring to commit bank fraud, wire fraud, and money laundering, in violation of Title 18, United States Code, Section 371 (Count One); and aggravated identity theft, in violation of Title 18, United States Code, Sections 1028A(a)(1), 1028A(b), and 2 (Count Two);

WHEREAS, the Information included a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of property involved in said offense;

WHEREAS, on or about January 14, 2026, the Defendant pled guilty to Count One of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Sections 982(a)(1) and (a)(2)(A), a sum of money in United States currency representing the amount of property involved in said offense;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $213,980 in United States currency representing the amount of property that constitutes or is derived from proceeds traceable to the commission of Count One of the Information, for which the Defendant is jointly and severally liable with any co-conspirators for the conduct charged in Count One of the Information, to the extent forfeiture money judgments are ultimately entered against the co-conspirators; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the property involved in the offense charged in Count One of the Information cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Assistant United States Attorney James Ligtenberg, of counsel, and the Defendant and his counsel, Joel Cohen, Esq. that:

1.      As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $213,980 in United States currency (the "Money Judgment"), representing the amount of property that constitutes or is derived from proceeds traceable to the commission of Count One of the Information, for which the Defendant is jointly and severally liable with any co-conspirators for the conduct charged in Count One of the Information, to the extent forfeiture money judgments are ultimately entered against the co-conspirators, shall be entered against the Defendant.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant FEI JIANG, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.      All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

4.      The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.      Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.      The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8.      The signature page of this Consent Preliminary Order of Forfeiture/Money

Judgment may be executed in one or more counterparts, each of which will be deemed an original

but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York


By:  _____            May 12, 2026
     James Ligtenberg                      DATE
     Assistant United States Attorney
     26 Federal Plaza
     New York, NY 10278
     (212) 637-2665



FEI JIANG


By:  _____            5/13/2026
     Fei Jiang                             DATE


By:  _____            5/13/20
     Joel Cohen, Esq.                      DATE
     Attorney for Defendant



SO ORDERED:


_____                  5/13/2026
HONORABLE COLLEEN MCMAHON                   DATE
UNITED STATES DISTRICT JUDGE

                                           3:32 p m