# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

Fei Jiang

Defendant.

1:S10 23CR00572-003 (CM)

ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/14/2026

It is hereby ordered that, Fei Jiang, the defendant, having been sentenced in the above case to the custody of the Attorney General, is to surrender to the Attorney General by reporting to the to the facility designated by the United States Bureau of Prisons, before 2:00 p.m., on September 14, 2026.

_____                    5/13/2026
UNITED STATES DISTRICT JUDGE                        DATE

**Acknowledgment:**

I agree to report as directed in this order and understand that if I fail to do so I may be cited for contempt of court and if convicted of contempt may be punished by imprisonment or fine or both.

_____                    _____
(Attorney/Witness)                                  (Defendant)

cc: U.S. Marshal, SDNY
    Probation Dept, SDNY
    U.S. Attorney, SDNY
    Pretrial Office, SDNY
    Defense Counsel